United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4318

_____

Heincie John Haller, Trustee of          *
Eyeco Trust,                             *
                                         *
              Appellant,                 *
                                         *
       v.                                *
                                         *
Charles P. Hurley, U.S. Department       *
of Justice,                              *  Appeal from the United States
                                         *  District Court for the
              Appellee,                  *  District of South Dakota
                                         *
John B. Jones, Judge,                    *      [UNPUBLISHED]
                                         *
              Defendant,                 *
                                         *
Lyle Swenson, U.S. Marshal; Irvin        *
N. Hoyt, Bankruptcy Judge; Manuel        *
Diaz Saldena, Secretary of Treasury*;    *
Steven D. Hopkins, Revenue Officer;      *
Karen Schreier, U.S. Attorney,           *
                                         *
              Appellees.                 *

_____

Submitted: April 21, 1998
     Filed: May 27, 1998

_____

_____

*This is how Haller identified this individual defendant in his pro se complaint.

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Heincie John Haller appeals from the final judgment entered in the United States District Court[1] for the District of South Dakota granting defendants' motion to dismiss Haller's complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6). In his complaint, Haller asserted broadly that defendants violated various "GOD Given" and constitutional rights in connection with a prior judicial proceeding, and he did not elaborate on the factual basis for his claims in opposition to the motion to dismiss. Having carefully reviewed the record and the parties' briefs, we agree with the district court's conclusion that Haller's complaint failed to state a claim, and, contrary to Haller's argument on appeal, he was not entitled to a jury trial. We therefore affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.